Page 1.

Amended

Petition under 28 U.s.c §2254 for
Writ of HABeas corpus By A person in
State custody

(Writ.
Legal
and
carbon
legal copy)

United States District court

District:
Northern Eastern

Name (under which you were convicted)
Alexander Holmes

DKT or case No.:
1562N-2019

Place of confinement:

Mid-State correctional facility
Po Box 2500
Marcy, NY, 13403      RRU 10-2-51 cell

Prisoner No.:# 21A1957

Petitioner (include The Name under which you were
convicted): Mo.Alexander Holmes
or
V.     Convicted Name Alexander Holmes

Respondent (authorized person have custody of petitioner)
superintendent Hilton of mid-State correctional
Facility Po Box 2500 / Marcy. NY. 13403
The Attorney General of the State of NY
Letitia James, office of the Attorney General
of New York, Albany, NY 12224

Amended Petition

1.(a) Name and location of court that entered the
Judgement of conviction you are challenging: Mineola Court
house 262 old country Road, Mineola NY, 1150). 2(B) Criminal
DKT or case No.: 1562N-19 (a) Date of Judgement and
conviction: A september April 7, 2021-Date of sentencing
April 7, 2021 (3.) Length of sentencing: 4years →

# REQUEST FOR JUDICIAL INTERVENTION

UCS-840 (3/2011)

**Supreme** _____ COURT, COUNTY OF ___ONEIDA___

**Index No:** _____ **Date Index Issued:** _____

21A1957

X

Holmes, Alexander                         Plaintiff(s)/Petitioner(s)

-against-

NYS DOCCS

Defendant(s)/Respondent(s)

## MATRIMONIAL

- ○ Contested
- ○ Uncontested

**NOTE:** For all matrimonial actions where the parties have children under the age of 18, complete and attach the MATRIMONIAL RJI Addendum.

## TORTS

- ○ Asbestos
- ○ Breast Implant
- ○ Environmental: _____ (specify)
- ○ Medical, Dental, or Podiatric Malpractice
- ○ Motor Vehicle
- ○ Products Liability: _____ (specify)
- ○ Other Negligence: _____ (specify)
- ○ Other Professional Malpractice: _____ (specify)
- ○ Other Tort: _____ (specify)

## OTHER MATTERS

- ○ Certificate of Incorporation/Dissolution  [see NOTE under Commercial]
- ○ Emergency Medical Treatment
- ○ Habeas Corpus
- ○ Local Court Appeal
- ○ Mechanic's Lien
- ○ Name Change
- ○ Pistol Permit Revocation Hearing
- ○ Sale or Finance of Religious/Not-for-Profit Property
- ○ Other: _____ (specify)

## COMMERCIAL

- ○ Business Entity (including corporations, partnerships, LLCs, etc.)
- ○ Contract
- ○ Insurance (where insurer is a party, except arbitration)
- ○ UCC (including sales, negotiable instruments)
- ○ Other Commercial: _____ (specify)

**NOTE:** For Commercial Division assignment requests [22 NYCRR § 202.70(d)], complete and attach the COMMERCIAL DIV RJI Addendum.

## REAL PROPERTY

- ○ Condemnation
- ○ Foreclosure

Property Address: _____
_____ Street Address _____ City _____ State _____ Zip

**NOTE:** For Foreclosure actions involving a one- to four-family, owner-occupied, residential property, or an owner-occupied condominium, complete and attach the FORECLOSURE RJI Addendum.

- ○ Tax Certiorari – Section: _____ Block: _____ Lot: _____
- ○ Other Real Property: _____ (specify)

## SPECIAL PROCEEDINGS

- ○ CPLR Article 75 (Arbitration)  [see NOTE under Commercial]
- ○ CPLR Article 78 (Body or Officer)
- ○ Election Law
- ○ MHL Article 9.60 (Kendra's Law)
- ○ MHL Article 10 (Sex Offender Confinement–Initial)
- ○ MHL Article 10 (Sex Offender Confinement–Review)
- ○ MHL Article 81 (Guardianship)
- ○ Other Mental Hygiene: _____ (specify)
- ○ Other Special Proceeding: File Criminal Charges (specify)

## STATUS OF PROCEEDING

**Has a summons and complaint or summons w/notice been filed?**  YES ○ NO ○ _____, date filed: _____

**Is this action/proceeding being filed post-judgment?**  YES ○ NO ○  If yes, judgment date: _____

Page 2. (4) in this case were you convicted on more than one crime or count: **yes** (5). Identify all crimes of which you were convicted and sentenced in this Case: sex Abuse (1) & cscs>79 (6). what was your plea? Guilty (B) if you entered a guilty plea to one count or charge and a not Guilty plea to another Count or Charge what did you plead guilty to and what did you not Plead guilty to?

I plead to Sexual Abuse 1 & cscs>79

(C) if you went to Trial, what kind of trial did you have? ☐ Jury ☐ Judge only - I did NOT go to trial (7.) Did you Testify at a petrial hearing, Trial, or a post-Trial hearing? ☐ yes ☒ NO - I had my rights illegally waived to a trial, Preliminary Hearing, & a felony exam. (8.) Did you Appeal from the Judgment of conviction? ☐ yes ☒ NO if you did appeal answer the following

(a) Name of court: N/A (B) Dkt or case number (if you know): N/A (C) Result: N/A (D) Date of Result (if you know): N/A (e) Citation to The case (if you know): N/A (f). Grounds raised: N/A (g) Did you seek further review by a higher state court? ☐ yes ☒ NO if yes answer the following: (1) Name of court: N/A (2) Dkt or case NO.: N/A (3) Result: N/A (4.) Date of result (if you know) N/A (5) Citation to the case (if you know): N/A (6) Grounds raised: N/A (h) Did you file a Petition for Certiorari in the united States supreme court? N/A if yes, answer that following: (1) Dkt or case No. (if you know) - NA (2) Result: N/A (3) Date of result (if you know): N/A (4) citation to the Case): N/A (10.) other than Direct appeals above have you Previously filed any other Petitions, applications ➤

**ORDERED** that the Clerk of the Court shall cause such service by regular mail to be made upon the Respondent.

Let the Respondent(s), individually and as Members of the _DOCC S_ of the State of New York, show cause at a <u>Special Term</u>, of this Court, to be held on the ____, day of _____, 20___, or as soon thereafter as counsel can be heard, at the _Oneida_ County Courthouse, located at _Elizabeth Street_ in the city of _Utica_, in the County of _Oneida_, New York, why an order and judgment should not be made and entered in this matter pursuant to N.Y. C.P.L.R. Art. 78, granting petitioner the relief requested in the Verified Petition annexed hereto, and why such other and further and different relief should not be granted to the Petitioner as to the Court may seem just and proper, together with costs and disbursements.

Dated: _____

Entered: _____

_Alexandra Holmes_

2

6r Motions Concerning This Judgment of Conviction
in any other State Court? ☑yes ☐no (11.) if your
Page
③ answer To Number 10 was "yes". give The following
information: (a) 1 Name of the court: Supreme court of
DutchessCounty 2. DKT or cause No. 943/2022 3. Date of filing
(if you know). N/A (4) Nature of Proceedings: Dismiss Dismissed

5) Grounds raised: I was Being Held Past my release Date
4 year experation and my Conditional feat release date
when it currently states inport That this is
unconstitutional as 5th Amendment - 8th and 14th Amendment
and my release can be suspended do To These findings
of dul Departments of NYSDOCS system anyorr 8002.5
Rescission. knowing This The superintendent violates
his position and neglects his Dut q ±20 120 or Art.
75 by Allowing his staff to Act in a unprofessional
manner and engage in melkeesone so the mis-behavior
reports of such person reflects on The Nature of the
Crime or classification + or sexuality which bargens false
clarity To The board of parole And Extends my time.
(6.) did you recieve a hearing where evidence
was given on your Petition, application, ar motion? ☐ ☐ No
7.) results: N/A   8.) Date of your results (if you : yes No
Know): N/A (C.) if you filed a second petition, application
or motion give The same information: 1. Name of court: N/A
2. DKT No.: N/A 3. Date of filing: N/A 4. Nature of proceeding:
N/A 5. Grounds raised: N/A (6) Did you recieve a hearing
where evidence was given on your petition, Application or
motion? ☐yes ☑no (7) result: N/A (8) Date of result (if you
know): N/A (C) if you file any third petition, application, or
motion, give The same information: (1) Name of court: N/A (2)
DKT No.: N/A (3) Date of filing: N/A (4) Nature of Proceeding: N/A
(5) Grounds raised: N/A (6) Did you recieve a hearing where
evidence was given on your Petition, Application or motion

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF

—————————————————————————X

In the Matter of the Application of

_Holmes, Alexander_
_21A1954_ Petitioner(s),

- against -

_M/S Doccs_
_____ Respondent(s).

—————————————————————————X

VERIFIED PETITION

Index No.: _____

TO THE SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF

The petition of _Holmes, Alexander_ respectfully shows to this Court
as follows:
_21A1954_

1. Petitioner(s) resides at _____.

2. Respondent(s) is _____.

3. The facts concerning the claim in this proceeding, including the underlying events and the
nature of any action or decision taken by Respondent(s), that Petitioner wishes to challenge
are as follows:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Page 4) ☐ yes ☒ NO (11) Result: N/A (8) D&O Grace 7 of 30 alt: N/A

(d) Did you Appeal To The highest state court having jurisdiction over the action taken on your petition, application, or motion:? (1) first petition: yes ☒ ☐ NO

2) Second petition ☐ yes or ☒ NO (3) Third petition ☐ yes ☒ NO.

(e) If you did NOT appeal To The highest state court having jurisdiction, explain why NOT: my explaination for such act would be the Aforementioned reasons for Grounds raised on the 4th page section (5) in part and NYs Docs rules, regulations + circumstances And my disabilities That are over looked.

(12.) for This petition state every ground on which you are being held in violations of the constitutional laws, or Treaties of the united states. Attach additional pages If you Have more than four grounds state facts supporting each ground.

Caution ⚠: To proceed in The Federal court you MUST ordinarily first exhaust your available state court remedies on each ground on which your request of Motion Action by the Federal court. Also, If you fail to set forth all the grounds in this petition you may be barred from presenting additional grounds at a later date.

Ground one: The ground for the specifics of violating my 8th Amendment subjecting me To cruel and unusual Punishment when I Have Been Granted release: 1/19/2022 + 8/17/22.

(a) supporting facts: (Do NOT argue or cite law. Just state the specifics facts that support your claim): 1st supporting fact of 8th Amendment claim is Knowingly the superintendent of MID-state correctional facility allowing cruel and unusual punishment malfeasance, bodily harm, and or defamation of character As I change my thought process To gain the option to act freely to obtain resources to sustain life and liberty. ➤

4. Attached are copies of relevant documents in support of Petitioner's case, including determination(s) issued by Respondent(s) that have a bearing on this case and/or which Petitioner herein complains, if any. These documents are:

_____
_____
_____
_____

5. A prior application  ☐ has  ☐ has not  been made for the relief requested herein. If a prior application has been made, provide the following information:

_____
_____
_____
_____

**WHEREFORE**, your deponent respectfully requests that this Court

_____
_____
_____
_____

and for such other and further relief as this Court may deem just and proper.

DATED: **5/31** , 20 **22**

_Holmes, A    21A1957_
Signature

Name, Address and Phone Number:
_Holmes, A_
_P.O. Box 2500_
_Marcy, NY 13403_
( )N/A

facility Aformentioned by stealing funds from me with mis-behavior reports from his staffing. Allowing to grieve in the irony solitary Confinment, sexual harassment. Also proper Medical care Amongst other things, after 2022 Art. 78's was filed i attempted To file a 440 Motion's and grievances filed With in the onieDa Hub of MiD-state Corrections- see Attachment's of mis-classifing me as a gang Member.

(B) If you did Not exhaust your state remedies on ground one explain why: N/A

C) Direct Appeal of ground one: (1) If you Appealed from the Judgment of conviction did you raise the issue ☐ yes ☒ no (2) If you did not raise the Direct appeal explain why: Because of The Denial of my Petitions in Part of the Attachments Added. (d) Post-conviction Proceedings: (1) Did you raise This issue through a post-conviction Motion or Petition for habeas Corpus in a state trial court ? ☐ yes ☒ no (2) If your Answer was yes to Question (D)(1) state Type of Motion or Petition: N/A. NAme of mot and place where Motion and or Petition was filed: N/A DKT or case No.: N/A Date of The Courts descision: N/A Result attachment of the courts opinion or order, if available): N/A (3) Did you receive a hearing on your Motion or Petition? ☐ yes ☒ no (4) Did you appeal from the denial of your Motion or Petition? ☐ yes ☒ no (5) If your answer to Question (d)(4) is "yes". did you raise this issue in your appeal ☐ yes ☒ no

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF

_____X

In the Matter of the Application of

Holmes Alexander

21 A 1957 —Petitioner(s),

**NOTICE OF PETITION**

Index No.: _____

- against -

Nys Doces

_____ Respondent(s).

_____X

     **PLEASE TAKE NOTICE** that upon the verified petition of _____,
sworn to on _____, 20___, Petitioner(s) will move this Court at 9:30 a.m. on
_____, 20___, at the Courthouse located at _____
_____, New York, for a Judgment, pursuant to Civil Practice Law and Rules
granting the following relief:

_____

_____

_____

_____

and for such other and further relief as this Court may deem just and proper.

DATED: _____, New York
      _____, 20___

               Respectfully Submitted,

               21 A1957

               Signature

               Print Name, Address and Phone Number:

               Holmes Alexander 21 A1957

               P.O. Box 2500

               Marcy, NY 13403

               (   )  -

TO: _____

     _____

     _____

     _____

(6) If your answer to question (d)(4) is "yes", state: Name and location of the court where the appeal was filed: N/A DKT or Case No.: N/A Date of the court tescision: N/A Result (attach a copy of the courts opinion or order (if available): N/A

Page (6)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No" explain why you did not raise this issue: The Reason I did not raise the issue was simply Because of my deniels And I didnt exhaust my remedies. So I started filing grievances instead. see Attachment Enclosed.

(e) other Remed Remedies: Describe any other Procedures (such habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground one: I have wrote Grievances, I have wrote Articles 78's, 440 Motions, even Albany see Enclosed Attachments. Ground Two: N/A (a) Supporting Facts (Do Not argue or cite law Just state the specific facts That support your Claim: N/A (B) If you did not exhaust your state remedies on ground Two explain: my explaination is That i was Denied access to The Courts And writting material (C) Direct Appeal of Ground Two: (1) If you appealed from the Judgment of conviction did you Raise The issue ☐ yes ☒ No (2) if you did not Raise This issue in the Direct appeal explain why: same reason I did not exhaust my remedies on ground Two. (d) Post-Conviction Proceeding: (1) Did you raise this issue through a post conviction Motion or Petition for habeas corpus in a State trial court ☐ yes ☒ No (2) if your answer to Question (d)(1) state Type of Motion or Petition: N/A Name and location of the Court where motion was Filed: N/A DKT No.: or case No.: N/A Date of court deeis descision: N/A Result: N/A (3) Did you recieve a hearing on your Motion or Petition?: N/A (4) Did you Appeal from deniel: N/A

At a Term of the Supreme Court of the
State of New York, held in and for the
County of _____ at the Courthouse
thereof, located at

_____, New York, on the
_____ day of _____, 20____.

PRESENT:  HON. _____
                Justice of the Supreme Court
_____X

In the Matter of the Application of

_Holmes, Orlando_
_21A1954_ Petitioner(s),

                                      **ORDER TO SHOW CAUSE**
                                      **IN SPECIAL PROCEEDING**

    - against -

                                        Index No.: _____

_NYS DOCCS_
                    Respondent(s).
_____X

    Upon reading and filing the verified petition of _____,
sworn to on _____, 20___, and upon the exhibits attached to the petition, and
_____
_____
_____,

    Let the Respondent(s) show cause at a Term of this Court, to be held at the Courthouse
located at _____, New York, on the _____
day of _____, 20___ at _____ o'clock in the _____ noon or as soon as the parties
to this proceeding may be heard why an order should not be made, providing the following relief:
_____
_____
_____,

and why _____, the Petitioner(s), should not have such
other and further relief as may be just, proper and equitable.

    Sufficient cause appearing therefor, let personal service of a copy of this order, and the
petition and all other papers upon which this order is based, upon all parties to this proceeding,
on or before _____, 20___, be deemed good and sufficient. A copy of an affidavit or
other proof of service shall be filed with the County Clerk immediately after service and the
original of such proof shall be presented to this Court on the return date directed in the second
paragraph of this order.

                    ENTER

                    _____
                    J.S.C.

N/A (6) if your answer to (d)(4) is yes did
you raise the issue: N/A Name and location
where the Appeal was filed: N/A DKT NO.: N/A
Date of court decision: N/A Result: N/A if your Answer
To (D)(4) and (D)(5) was no explain why you DID not
raise The issue: Same reason in section (B).(C) other
remedies: N/A (Ground three: N/A (a) supporting facts (Do not
argue or cite law Just state the specific facts that
support your claim): N/A (B) if you did not exhaust your
state remedies on ground three explain why: same
reasons in ground Two is The reason for No exhausting.
(C) Direct Appeal of ground Three: (1) if you Appealed from
the Judgement of conviction did you raise this issue
☐ yes ☒ No (2) if you Did not raise This issue in your
direct Appeal, explain why: because of the same supporting
facts in ground Two. (d) Post-conviction Proceedings: (1)
Did you raise This issue Through a post conviction motion
or petition for Heb habeas corpus in state Trial Trial
Court ☐ yes ☒ No (2) if your answer to Question (d)(1) is "yes"
state: N/A Type of motion or Petition: N/A Name and
location of the court where the motion or petition was
filed: N/A DKT or case number: N/A Date of the court
decision: N/A Result: N/A (3) Did you receive a hearing on
your motion or petition ☐ yes ☒ No (4) Did you Appeal
from the denial of your motion or Hearing Petition ☐ yes
☒ No (5) if your question (d)(4) is "yes" did you Raise the
issues in your Appeal ☐ yes ☒ no (6) if your Answer to (d)
(4) is "yes" state: N/A Name and location of the court
where The Appeal was filed: N/A DKT or case No.: N/A
Dates of Decision Decision: N/A Result: N/A (7) if your Answer
to question (d)(4) or (d)(5) is no explain why you did not →

At a Term of the        Court of the
State of New York, held in and for the County
of        at the Courthouse thereof,
located at

       , New York, on the _____
day of _____, 20___.

**PRESENT: HON.** _____

           Justice of the     Court

_Holmes, Alexander_       X

**In the Matter of the Application of**   _21A1957_

                                               **POOR PERSON ORDER**

          Plaintiff(s)/Petitioner(s),

                                               **INDEX NO.:** _____

For permission to Prosecute as a Poor Person in
an Action/Proceeding

      -vs. -

                 _NYS DOCCS_

          Defendant(s)/Respondent(s).       X

      Upon the annexed Affidavit of                 , and the Complaint/
Petition dated          . , 20   .

      And it being alleged that said Plaintiff/Petitioner has a good cause of action or claim
based upon:

_____

_____

_____

_____

      And it being alleged that he/she is unable to pay the costs and fees to prosecute this
action, and that there is no other person beneficially interested in this action thereof,

      Now on motion of                       Plaintiff/Petitioner, it is hereby

      **ORDERED** that:

      ☐      The motion is denied on the grounds that the Plaintiff/Petitioner failed to
           make

           ☐     A sufficient showing of a meritorious cause of action; and/or

           ☐     A sufficient showing of indigence.

      Papers may be resubmitted upon payment of fees, in a timely manner.

Raise the issue? Because it's the same reason.

Reason in ground ground Two

(e) other Remedies: N/A

Ground four:(a) supporting facts: N/A (b) if you did not exhaust your state remedies on ground four, explain why: Same reason in ground Two(c) Direct Appeal of ground four:(1) if you Appealed from the Judgment of conviction did you raise the issue ☐yes ☑no (2) if you Did not raise this issue in your direct Appeal explain why; Same reason in ground two.(d) Post-conviction Proceedings (1) Did you raise the issue through post conviction motion or petition for habeas corpus in a state Trial court ☐yes ☑No(2) if the answer to question(d)(1) was "yes" state: N/A Type of motion or petition: N/A Name of court where or location where motion or petition was filed: N/A DKT or Case No.: N/A Date of the courts decision: N/A Results: N/A (3) Did you receive a hearing on your motion or petition? ☐yes ☑No (4) Did you Appeal from the denial of your motion or petition ☐yes ☑No (5) if your Answer To question (D)(4) is "yes" did you raise the issue in the Appeal ☐yes ☑No (6) if your Answer to (d)(4) ~~state: N/A~~ is "yes" state: N/A Name and location of the court where the petition was filed: N/A DKT or case Number: N/A Date of the courts decision: N/A result: N/A (7) if your Answer To question(d)(4) or question(d)(5) is "no" explain why you did not raise the issue: The same reason in Ground Two. (e) other remedies: N/A (13) Please answer These additional questions about the petition you are filing:(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having Jurisdiction? ☐yes ☑No

| Case title | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Un- Rep | Parties — List parties in same order as listed in the caption and indicate roles (e.g., plaintiff, defendant, 3rd party plaintiff, etc.) | | | | | |
|---|---|---|---|---|---|---|
| ☐ | Name:<br>Role(s): | | | ○ YES   ○ NO | |
| ☐ | Name:<br>Role(s): NYSDOCCS | | | ○ YES   ○ NO | |
| ☐ | Name:<br>Role(s): Oneida District Attorney | | | ○ YES   ○ NO | |
| ☐ | Name:<br>Role(s): | | | ○ YES   ○ NO | |
| ☐ | Name:<br>Role(s): | | | ○ YES   ○ NO | |
| ☐ | Name:<br>Role(s): | | | ○ YES   ○ NO | |
| ☐ | Name:<br>Role(s): | | | ○ YES   ○ NO | |
| ☐ | Name:<br>Role(s): | | | ○ YES   ○ NO | |
| ☐ | Name:<br>Role(s): | | | ○ YES   ○ NO | |
| ☐ | Name:<br>Role(s): | | | ○ YES   ○ NO | |
| ☐ | Name:<br>Role(s): | | | ○ YES   ○ NO | |
| ☐ | Name:<br>Role(s): | | | ○ YES   ○ NO | |
| ☐ | Name:<br>Role(s): | | | ○ YES   ○ NO | |
| ☐ | Name:<br>Role(s): | | | ○ YES   ○ NO | |
| ☐ | Name:<br>Role(s): | | | ○ YES   ○ NO | |
| ☐ | Name:<br>Role(s): | | | ○ YES   ○ NO | |

I AFFIRM UNDER THE PENALTY OF PERJURY THAT, UPON INFORMATION AND BELIEF, THERE ARE NO OTHER RELATED ACTIONS OR PROCEEDINGS, EXCEPT AS NOTED ABOVE, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION BEEN PREVIOUSLY FILED IN THIS ACTION OR PROCEEDING.

Dated: _____

_____
Signature

_____
Attorney Registration Number

Holmes Alexander
Print Name

have. not been presented because and why?: Two, Three + Ground four. Because I was being denied Access to the courts And certain documents and I have been treated with deliberate indifference and strum scrutiny. Is there any other ground That has not been presented and why in the Federal or state court if so which grounds have not been Presented And state why?: Two, Three and Ground four. and because I've been Treated with deliberate indifference and unlawful discrimination.

14). Have you Previously filed Any type of petition, application and or motion in a federal court regarding the conviction, that you challenge in this petition ☑yes ☐no if "yes" state name and location of the court DKT NO.: The Type of proceeding raised (see in the Attachments). 15. Do you have any petition or appeal Now Pending? ☐yes ☑NO If yes state: N/A (16.) give The name of each attorney who represented you: N/A (a) preliminary hearing: N/A b) Arrainguant and plea: N/A (c) At trial: N/A (d) At sentencing: N/A (e) on Appeal: N/A (f) in any Post conviction proceeding: N/A (g) on appeal from Any ruling against you in a post conviction proceeding: N/A (17.) Do you have Any future sentence to serve after you complete the sentence for the Judgment ☐yes ☐no if so, give name and location of the court that impose the other sentence you will serve in the future: N/A (B) give the date the other sentence was imposed: N/A (c) give the length of the other sentence N/A (d) Have you or do you plan to file in the future of Any sentence in the future? ☑yes ☐No 18. Timeliness of petition: if your Judgment of of conviction became final over one year ago you must explain why the one year statute does not bar of limitations as contained in 28 USC § 2244 (d) does not bar your Petition +

At a Term of the Supreme Court of the
State of New York, held in and for the
County of _____ at the Courthouse
thereof, located at _____
_____, New York, on the
_____ day of _____, 20___.

PRESENT:  HON. _____
                        Justice of the Supreme Court

_____X

In the Matter of the Application of

_Holmes, Alexander_

21A1954 Petitioner(s),                        **ORDER TO SHOW CAUSE**
                                              **IN SPECIAL PROCEEDING**

        - against -                           Index No.: _____

_NYS DOCCS_

_____Respondent(s).
_____X

        Upon reading and filing the verified petition of _____,
sworn to on _____, 20___, and upon the exhibits attached to the petition, and
_____
_____
_____

        Let the Respondent(s) show cause at a Term of this Court, to be held at the Courthouse
located at _____, New York, on the _____
day of _____, 20___ at _____ o'clock in the _____ noon or as soon as the parties
to this proceeding may be heard why an order should not be made, providing the following relief:
_____
_____
_____

and why _____, the Petitioner(s), should not have such
other and further relief as may be just, proper and equitable.

        Sufficient cause appearing therefor, let personal service of a copy of this order, and the
petition and all other papers upon which this order is based, upon all parties to this proceeding,
on or before _____, 20___, be deemed good and sufficient. A copy of an affidavit or
other proof of service shall be filed with the County Clerk immediately after service and the
original of such proof shall be presented to this Court on the return date directed in the second
paragraph of this order.

                        ENTER

                        _____
                        J.S.C.

The anti-terrorism Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) Provides in part that: section(B) That date on which impediment to filing an application created by state action in violation of the constitution and laws of the united states/and the rree so I was prevented from filing Actions do to such state action +(C) That Date on which the constitutional right asserted was intial recognized the right supreme court and I was being prevented from filing go as in st (2) The state time during which a properly Application for state post conviction for other collateral review with respect to pertinent judgment Judgment or claim is pending shall be counted toward any period or limitation under this subsection.

There fore Petitioner ask that the court grant the following relief: Grant this motion with good faith and release said petitioner from cruel and unusual Punishment and state created danger And respectfully interferre with this Jail and or prison or any other Prison I may got to get them to stop with cruel and unusual punishment stop treating me retroactive and as a bill of attainder And to Treat me with interest and move me near my proximity edgecomb correctional Facility and or woodbourne correctional facility with all my Property and with out further issues or harassment or defemation of character that this petition go under every officer, Executive Team member, every And anybody that had the intent to unlawfully Hold my person in side this Prison midstate cf even the superintendent of this Prison Aforementioned file no retaliation on reprisels for submitting this petition and or complaint as in Part of 75 Art 138 subdivison(4) "convict protected by law" or Any other relief to which petitioner may be entitled.

# Pop Star                                    traditional



1. Begin with a square, colored side up. Precrease along the diagonals.



2. Precrease with mountain folds.



3. Valley fold the corners to the center.



4. Valley fold in half.



5. Pull the sides together, allowing the bottom corners to come together.



6. In progress...



7. Valley fold the top flaps towards the center.



8. Mountain fold the top corner.



9. Unfold the top flaps.



10. Pull up the top layer, while allowing the sides to fall towards the center.



11. Valley fold the top flap down.



12. Turn over.



13. Valley fold the top flap up.



14. Repeat steps 7-13.

7-13



15. Spread apart the side flaps while spreading apart the top.



16. Completed Pop Star.

Diagrams ©2005
Marc Kirschenbaum

Page(11)

x ___N/A___

signature of
Attorney (if Any)

I declare (or certify, verify, or state) under
Penalty of Perjury that the foregoing is True and
correct and that this Petition for writ of Habeas
corpus was placed in the prison mailing system on
July 16th, 2023 (month / date / year)

Executed (signed) on July 16th, 2023 (date)

#21A1957

x Ms. Alexander Johns
signature of
Petitioner

If the person signing
is not petitioner, state
relationship to petitioner and
explain why petitiner is not
Signing this petition.

Fishkill Correctional Facility
P.O. Box 1245
Beacon, NY 12508-1245

_10/22/22_____, 20

Hon. Michael Thompson, Chief Clerk
Dutchess County Supreme Court
10 Market Street
Poughkeepsie, NY 12601-3203

        Re: Article 78 Special Proceeding with Order To Show Cause

Dear Hon. Thompson:

        Please find enclosed the following papers for immediate filing:

        1. An Order to Show Cause, and ✓

        2. An Affidavit in Support of order To Show Cause, and ╱

        3. Verified Petition, and ⟍

        4. Verification, and ⟍

        5. An Application for an Index Number, and

        6. Request for Judicial Intervention, and ✓

        7. An Affidavit pursuant to CPLR §1101(f) to pay for a reduced filing fee, and ╱

        8. Affidavit of Service

        I trust that these enclosures are in proper order. Because this matter is very time sensitive and time dependent, I ask that these papers be promptly forwarded to a Justice of the Court for further review and due consideration.

        Thank you for Your Honor's time and attention.

Sincerely,

                #21A1957

Miss. Holmes A

cc:    Bradford Kendall, County Clerk

```
**********************************************************************
INMATE COPY  NYS Dept. of Corrections and Community Supervision  Date: 02/24,
FORM 9026              Parole Board Release Decision Notice
*** AMENDED ***
    Name:          HOLMES,ALEXANDER
    DIN:           21A1957
    Nysid:         11501318N
    Facility:      MIDSTATE
    Interview Date: 11/09/2021
    Interview Type: CRC

    ME Date:    08/17/2022
    CR Date:    01/19/2022
    Prev Hold:
```

|                                | | MIN SENT | MAX SENT |
| CONTROLLING CONVICTION(s)      | FLCL | (YY-MM) | (YY-MM) |
| SEXUAL ABUSE-1*                | D | 00-00 | 04-00 |
| CSCS-5 >79                     | D | 00-00 | 02-06 |

```
Sentencing Counties:     NASSAU

Jail Time in Days:      1137
```

```
* * * * * * *           I N M A T E   C O P Y           * * * * * * * *
```

(EV.6/06)

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

Grievance No.

## INMATE GRIEVANCE COMPLAINT

_Mid-state_ CORRECTIONAL FACILITY  DATE 5/31/22

Ms.
Name _Holmes, A_                Dept. No. _21A1957_    Housing Unit _114_

Program _Sep_              AM _10:00_    PM _3:00_

(Please Print or Type - This form must be filed within 21 calendar days of Grievance Incident)*

Description of Problem: (Please make as brief as possible)  I Submit a grievance
about being held past my release date
because of my inability to find SARA
housing and I never recieved a response
or grievance so I submit this
grievance to grieve that grievance

Grievant
Signature  _A. Holmes_

Grievance Clerk _____    Date _____

Advisor Requested    ☐ Yes    ☑ No    Who: _____

Action requested by inmate: I'm requesting A explcination of my
Discharge And why is Docc's still holding
my person

This Grievance has been informally resolved as follows:

_____

_____

This Informal Resolution is accepted:
☐  a completed only if resolved prior to interrupt

Grievant
Signature _____    Date _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).
*An exception to the time limit may be requested under Directive #4040, section 701.6(g).

FORM 2131E (REV. 7) (REV. 8/06)
Response of IGRC:

Date Returned to Inmate _____    IGRC Members _____

Chairperson _____    _____

_____

_____

_____

Return within 7 days and check appropriate boxes.*

☐ I disagree with IGRC response and wish to appeal to the Superintendent.

☐ I have reviewed deadlock responses. Pass - Thru to Superintendent

☐ I agree with the IGRC response and wish to appeal to the Superintendent.

☐ I apply to the IGP Supervisor for review of dismissal

Signed _____    _____
Grievant                                                Date

_____    _____
Grievance Clerk's Receipt                         Date

To be completed by Grievance Clerk

Grievance Appealed to the Superintendent _____
Date

Grievance forwarded to the Superintendent for action _____
Date

*An exception to the time limit may be under Directive #4040, section 701.6(g)

LEGAL CLAIMS 

8.   Based upon the foregoing facts _____
(e.g., DOCCS or the Division of Parole) lack legal authority to
continue to hold petitioner in custody because I have
already complete my prison term.
This violat the 8 and 14th
ammendment, my right to due
proccess and my right to
be free from cruel and
unusual punishment

[Use extra pages if neceessary]

9.   There is no legal basis for petitioner's continued
current incarceration and petitioner is entitle to immediate
release.


WHEREFORE,  This Court should:

1.   Issue and grant the attached order to show cause,
requiring that respondent show cause why petitioner should not be
immediately released from custody;

2.   Order that petitioner be released forthwith from
imprisonment;  and,

3.   Grant such other and further relief as this Court may
deem just and proper.

DATED: _____ ___, 20___


                              Respectfully submitted,    1951
Alexander
~~A.~~ Holmes 21/A

                                        #
                              Petitioner, Pro Se

SUPREME COURT: STATE OF NEW YORK
COUNTY OF ___Onada___

PEOPLE OF THE STATE OF NEW YORK ex rel.

___Holmes , Alexander___
                        Petitioner,

            - against -

SUPERINTENDENT, ___Passage___

___Midstate___ CORRECTIONAL FACILITY,

___NYS DOCCS___ Respondent.

⑦

Affidavit in Support of
Application
Pursuant to CPLR 1101
and 1102

Index No. _____
Din No. _____
NYSID No. _____

(State of New York )
(County of Onada )ss.:

I, ___Holmes , Alexander___, being duly sworn, deposes and says:

1.    I am the Petitioner in this proceeding appearing Pro Se.

2.    I am a prisoner of the State of New York, incarcerated at
___Midstate___ Correctional Facility, located in ~~Rockland~~ Onada
County. ___Marcy___, New York.

3.    I make this affidavit in support of my application for poor
person status pursuant to CPLR Sections 1101(f)(2) for a waiver of the
filing fee and 1102(a) for an assignment of an attorney.

4.    I currently receive income from the following sources, exclusive
of prison wages: ___0_____

_____

[Use extra pages if necessary]

5.    I own the following property, excluding miscellaneous personal
property:
        ☒ None

        [] List Property and approximate value: _____

_____

[Use extra pages if necessary]

6.    I have no savings, property assets or income other than as set
forth herein.

7.  I am unable to pay the total filing fee necessary to prosecute this action.

8.  I am unable to afford counsel to represent me in the above entitled proceeding.

9.  I believe that I am not able to do an adequate job of representing myself in the above entitled proceeding because the legal issues are complicated and I am unable to support my petition on the law.

10.  No other person who is able to pay these costs, fees and expenses has a beneficial interest in the result of this case.

11.  The nature of this case and the facts therein are described in my pleadings and other papers filed with the court.

12.  No previous application has been made for the same or similar relief sought herein.

WHEREFORE, Petitioner requests that he be permitted to proceed as a poor person for a waiver of the filing fee and to be assigned an attorney in this proceeding, and grant such other and further relief as this Court may deem just and proper.

Dated: ___1___ ___1___, 2022
ONEIDA, New York

Respectfully submitted,

Alexander A. HoMes
21A195#7
Petitioner, Pro Se

Subscribed and sworn to before me
this __1__ day of __July__, 2022

Notary Public Officer

ELINA M SHNEYDER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01SH6393953
Qualified in Oneida County
My Commission Expires: 06/24/2023

5. No previous application has been made for a Writ herein asked for. (4)

6.[].  No appeal has been taken from any order or judgment in any action or proceeding against the petitioner whereby he has been imprisoned or restrained of liberty.  (Check this paragraph if it is applicable to your case).

6(a) [].  My case on appeal is pending before the Appellate Division ___ Department which was assigned Docket No. _____ on the matter.  (Check this paragraph if it is applicable to your case).

6(b) [].  Petitioner appeal was made to the Appellate Division, ___ Department by the filing and service of a notice of appeal on _____ ___, _____; the appeal was argued on _____ ___, _____, and the order was _____ _____ (e.g., affirmed or reversed) in an opinion of the Appellate Division dated: _____ ___, _____. (Check this paragraph if it is applicable to your case).

FACTS

7.  [Here state, in as many numbered paragraphs as necessary, all the facts relevant to your case]

My C.R D at of my 4 Nor
(1) Sentence was (1-19-2022
I am soley being held because
I do not ( have ) an approved
DOCCS Refuse to place me
in a RTF or SARA
Compliant Intake Shelter

[Use extra pages if necessary]

```
10/01/21                  RECEPTION/CLASSIFICATION SYSTEM
08:02:36                   LEGAL DATE COMPUTATION      BY: C240MXV
                                      COMP DATE/TIME: 09/30/2021  11:50A

        TYPE B02  BASIC DETERMINATE

 DIN:  21A1957  NAME:  HOLMES, ALEXANDER                 NYSID:   11501318N
 DATE RECEIVED: 09/30/2021
 CURRENT LOCATION:  DWNSTATE REC - 03-0G-010

 HEARING DATE              2021 11     TIME ALLOWANCE COMM DATE    2021 10
 HEARING TYPE              CRC         TIME ALLOWANCE COMM TYPE    CRIE
 TENTATIVE RELEASE DATE                POST-RELEASE SUPERVISION    0005 00 00
 GRADUATION DATE                       PRS MAXIMUM EXPIRATION DT

                                       DETERMINATE TERM            0004 00 00
                                       DATE RECEIVED             +2021 09 30
                                       JAIL TIME                 -0003 01 12
                                                                 ---- -- --
                                       MAXIMUM EXPIRATION DATE   =2022 08 17
                                       GOOD TIME POSSIBLE        -0000 06 28
                                                                 ---- -- --
                                       CONDITIONAL RELEASE DATE  =2022 01 19




 COMMENTS:
```